**No. 09-8628. Trinidad Reynoso, Petitioner v. L. E. Scribner, Warden.**

559 U.S. 1013, 130 S. Ct. 1897, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2740.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8637. James T. O'Daniel, Petitioner v. Ohio.**

559 U.S. 1013, 130 S. Ct. 1898, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2596.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Highland County, denied.

**No. 09-8648. Stevie Earl Worley, Petitioner v. Kentucky.**

559 U.S. 1013, 130 S. Ct. 1898, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2718.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 09-8650. Ardra Young, Petitioner v. Paul Renico, Warden.**

559 U.S. 1014, 130 S. Ct. 1898, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2629.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 346 Fed. Appx. 53.

**No. 09-8657. Robert Washington, Petitioner v. Louisiana.**

559 U.S. 1014, 130 S. Ct. 1898, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2595.

March 22, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

**No. 09-8663. Atsede Michael Oqubaegzi, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2633.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 766.

**No. 09-8664. Christopher Prince, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2659.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8665. Loi N. Nghiem, Petitioner v. John Kerestes, District Attorney, County of Delaware, Pennsylvania, et al.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2669,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.